THE HONORABLE J. RICHARD CREATURA

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHEILA M. UNGER, a married person, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-06071-JRC |
| LEWIS COUNTY, a municipal corporation, BOARD OF COUNTY COMMISSIONERS for LEWIS COUNTY, and P.W. "BILL" SCHULTE, and "JANE DOE" SCHULTE, a married couple, | ) STIPULATION AND ORDER OF DISMISSAL ) ) (Clerk's Action Required) |
| Defendants. | ) |

COME NOW THE PARTIES hereto, and by way of stipulation, agree that all of the plaintiff's claims against Lewis County, Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe" Schulte, defendants in this lawsuit, should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

///

///

STIPULATION AND ORDER OF DISMISSAL - 1

MICHAEL & ALEXANDER PLLC
701 Pike Street, Suite 1150
Seattle, WA 98101
206.442.9696

Case 3:11-cv-06071-JRC   Document 15   Filed 10/11/12   Page 2 of 3
10/01/2012 MON 11:03  FAX 206 442 9696 Michael & Alexander PLLC                    ☒004/006
Case 3:11-cv-06071-JRC   Document 14   Filed 10/10/12   Page 2 of 3

| | |
|---|---|
| Wm. Michael Hanbey, P.S. | MICHAEL & ALEXANDER PLLC |
| By: *[signature]* <br> Wm. Michael Hanbey, WSBA #7829 <br> Attorneys for Plaintiff Unger | By: *[signature]* <br> Suzanne Kelly Michael WSBA 14072 <br> Jeannie L. Bohlman, WSBA#42245 <br> Attorneys for Defendants Lewis County, Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe" Schulte |

### ORDER

This matter having come on by way of stipulation of the parties for an order dismissing all of plaintiff's claims against Lewis County, Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe" Schulte and the Court having considered the stipulation and the records and files in this matter, it is herby:

ORDERED, adjudged and decreed that all of plaintiff's claims against Lewis County, Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe" Schulte, in this lawsuit are dismissed with prejudice and without costs. There being no just reason for delay, the clerk is expressly directed to enter this order forthwith.

DATED this 10 day of October, 2012.

*[signature]*
Judge/Court Court Commissioner
U.S. Magistrate Judge

Presented by:

MICHAEL & ALEXANDER PLLC

By: *[signature]*
  Suzanne Kelly Michael, WSBA #14072
Jeannie L. Bohlman, WSBA#42245
Attorneys for Defendants Lewis County, Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe" Schulte

STIPULATION AND ORDER OF DISMISSAL - 2

MICHAEL & ALEXANDER PLLC
701 Pike Street, Suite 1150
Seattle, WA 98101
206.442.9696

Case 3:11-cv-06071-JRC   Document 15   Filed 10/11/12   Page 3 of 3
10/01/2012 MON 11:03  FAX 206 442 9699 Michael & Alexander PLLC                                    ☒005/006
Case 3:11-cv-06071-JRC   Document 14   Filed 10/10/12   Page 3 of 3

1  Approved as to form;
2  Notice of presentation waived;

3  Wm. Michael Hanbey, P.S.

4

5  By: _____
      Wm. Michael Hanbey, WSBA #7829
6     Attorney for plaintiff Unger

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION AND ORDER OF DISMISSAL - 3          MICHAEL & ALEXANDER PLLC
                                                    701 Pike Street, Suite 1150
25                                                     Seattle, WA 98101
                                                         206.442.9696