THE HONORABLE J. RICHARD CREATURA

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHEILA M. UNGER, a married person, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-06071-JRC |
| LEWIS COUNTY, a municipal corporation, BOARD OF COUNTY COMMISSIONERS for LEWIS COUNTY, and P.W. "BILL" SCHULTE, and "JANE DOE" SCHULTE, a married couple, | ) STIPULATION AND ORDER OF DISMISSAL<br>) (Clerk's Action Required) |
| Defendants. | ) |

COME NOW THE PARTIES hereto, and by way of stipulation, agree that all of the plaintiff's claims against Lewis County, Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe" Schulte, defendants in this lawsuit, should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

///

///

STIPULATION AND ORDER OF DISMISSAL - 1

MICHAEL & ALEXANDER PLLC
701 Pike Street, Suite 1150
Seattle, WA 98101
206.442.9696

Case 3:11-cv-06071-JRC   Document 15   Filed 10/11/12   Page 2 of 3
10/01/2012 MON 11:03  FAX 206 442 9696 Michael & Alexander PLLC                    ☒004/006
Case 3:11-cv-06071-JRC   Document 14   Filed 10/10/12   Page 2 of 3

1  Wm. Michael Hanbey, P.S.                       MICHAEL & ALEXANDER PLLC

2  By: /s/ Wm. Michael Hanbey
3  Wm. Michael Hanbey, WSBA #7829                 By: _____
   Attorneys for Plaintiff Unger                   Suzanne Kelly Michael WSBA 14072
4                                                  Jeannie L. Bohlman, WSBA #42245
                                                   Attorneys for Defendants Lewis County,
                                                   Board of County Commissioners for Lewis
5                                                  County, and P.W. "Bill" Schulte and "Jane
                                                   Doe" Schulte
6
                                        ORDER
7
   This matter having come on by way of stipulation of the parties for an order dismissing
8
   all of plaintiff's claims against Lewis County, Board of County Commissioners for Lewis
9
   County, and P.W. "Bill" Schulte and "Jane Doe" Schulte and the Court having considered the
10
   stipulation and the records and files in this matter, it is hereby:
11
   ORDERED, adjudged and decreed that all of plaintiff's claims against Lewis County,
12
   Board of County Commissioners for Lewis County, and P.W. "Bill" Schulte and "Jane Doe"
13
   Schulte, in this lawsuit are dismissed with prejudice and without costs.   There being no just
14
   reason for delay, the clerk is expressly directed to enter this order forthwith.

15        DATED this _16_ day of _October_, 2012.

16
                                                   _____
17                                                 Judge/Court Court Commissioner
                                                   U.S. Magistrate Judge
18  Presented by:

19  MICHAEL & ALEXANDER PLLC

20
    By: _____
21     Suzanne Kelly Michael, WSBA #14072
       Jeannie L. Bohlman, WSBA #42245
22     Attorneys for Defendants Lewis County, Board
       of County Commissioners for Lewis County,
23     and P.W. "Bill" Schulte and "Jane Doe" Schulte

24  STIPULATION AND ORDER OF DISMISSAL - 2      MICHAEL & ALEXANDER PLLC
                                                 701 Pike Street, Suite 1150
25                                               Seattle, WA 98101
                                                 206.442.9696

Case 3:11-cv-06071-JRC   Document 15   Filed 10/11/12   Page 3 of 3
10/01/2012 MON 11:03  FAX 206 442 9699 Michael & Alexander PLLC                                         ☒005/006
         Case 3:11-cv-06071-JRC   Document 14   Filed 10/10/12   Page 3 of 3

1  Approved as to form;
2  Notice of presentation waived;

3  Wm. Michael Hanbey, P.S.

4
5  By: _____
       Wm. Michael Hanbey, WSBA #7829
6      Attorney for plaintiff Unger

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  STIPULATION AND ORDER OF DISMISSAL - 3                MICHAEL & ALEXANDER PLLC
                                                              701 Pike Street, Suite 1150
25                                                               Seattle, WA 98101
                                                                   206.442.9696